

# Fourth Court of Appeals
## San Antonio, Texas

May 26, 2016

No. 04-16-00105-CV

**IN THE INTEREST OF A.M.W., A CHILD**,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 1995EM501946
The Honorable Nick Catoe, Jr., Judge Presiding

## O R D E R

The reporter's record in this case was electronically recorded. On May 2, 2016 we ordered the court recorder to file the audiotapes, logs, and the transcript of the proceedings on or before May 27, 2016. The audiotape and log were filed on May 4, 2016.

On May 25, 2016, a notification of late record was filed stating that the transcript was expected to be completed by June 10, 2016. An extension of time to file the transcript is GRANTED. The transcript is due on June 10, 2016.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of May, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court